## Synopsis
### (Indictment)

| | |
|---|---|
| **Name:** | James D. Elliott |
| **Address:** (City & State Only) | Springfield, Maine |
| **Year of Birth and Age:** | 1958 (66 years old) |
| **Violations:** | Counts One and Two: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| **Penalties:** | Counts One and Two: Not more than 15 years imprisonment and/or not more than a $250,000 fine.  18 U.S.C. § 924(a)(8).  (Class C felony) |
| **Supervised Release:** | Counts One and Two: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One and Two: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts One and Two: Not more than 3 years, less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be assigned. |
| **Primary Investigative Agency and Case Agent Name:** | SA Justin Blais, ATF |
| **Detention Status:** | Warrant requested (in state custody) |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Alisa Ross |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | $100 assessment, 18 U.S.C. § 3013(a)(2)(A). |