# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

JAMES D. ELLIOTT

No. 1: 24-cr- 00046-JAW

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: April 10, 2024

/s/ Alisa Ross
Assistant U.S. Attorney